Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-4, ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-4,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-01186-APG-BNW<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 7] AND MOTION FOR FEES AND COSTS [ECF No. 8]**<br><br>**(First Request)** |



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
627670.1

Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff U.S. Bank N.A. ("U.S. Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On June 21, 2021, U.S. Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-836669-C [ECF No. 1-1];
2. On June 22, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];
3. On July 7, 2021, U.S. Bank filed a Motion for Remand [ECF No. 7] and Motion for Costs and Fees [ECF No. 8];
4. Chicago Title's deadline to respond to U.S. Bank's Motion for Remand and Motion for Costs and Fees is currently due July 21, 2021;
5. Chicago Title's counsel is requesting an extension until August 20, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
6. Chicago Title requests a further extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to respond to the legal arguments set forth in U.S. Bank's motions;
7. U.S. Bank does not oppose the requested extension;
8. This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
627670.1

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to U.S. Bank's Motion for Remand [ECF No. 7] and Motion for Costs and Fees [ECF No. 8] is hereby extended through and including August 20, 2021.

Dated: July 15, 2021

EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP

By: */s/-- Sophia S. Lau*
  SCOTT E. GIZER
  SOPHIA S. LAU
  Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: July 15, 2021

SINCLAIR BRAUN LLP

By: */s/-Kevin S. Sinclair*
  KEVIN S. SINCLAIR
  Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: July 15, 2021

WRIGHT FINLAY & ZAK, LLP

By: */s/-Darren T. Brenner*
  DARREN T. BRENNER
  CHRISTINA V. MILLER
  Attorneys for Plaintiff U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED:**

Dated: July 16, 2021      By: _____
                                       UNITED STATES DISTRICT COURT JUDGE

