1  Scott E. Gizer, Esq., Nevada Bar No. 12216
      *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
      *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
      GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, NV Bar No. 12277
7     *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendants
11 CHICAGO TITLE INSURANCE COMPANY and TICOR
   TITLE OF NEVADA, INC.
12
   DESIGNATED LOCAL COUNSEL FOR SERVICE OF
13 PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

14 Gary L. Compton, State Bar No. 1652
   2950 E. Flamingo Road, Suite L
15 Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| US BANK, NATIONAL ASSOCIATION, | Case No.: 2:21-CV-01186-APG-BNW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC. et al., | **FIRST REQUEST** |
| Defendants. | |

   COMES NOW defendants Chicago Title Insurance Company ("Chicago Title") and Ticor Title of Nevada, Inc. ("Ticor Agency") (collectively "Defendants") and plaintiff U.S. Bank, National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:



1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

1. On June 21, 2021 U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On June 22, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Ticor Agency's response to U.S. Bank's complaint is currently due on July 23, 2021, while Chicago Title's response is due on July 27, 2021;

4. Counsel for Defendants request a 31-day extension for Ticor Agency (27 days for Chicago Title), through and including Monday, August 23, 2021, for Defendants to file their respective responses to U.S. Bank's complaint to afford Defendants' counsel additional time to review and respond to U.S. Bank's complaint.

5. Counsel for U.S. Bank does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//



**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint is hereby extended through and including Monday, August 23, 2021.

Dated: July 19, 2021                         SINCLAIR BRAUN LLP

By:  /s/-Kevin S. Sinclair
   KEVIN S. SINCLAIR
   Attorneys for Defendants
   CHICAGO TITLE INSURANCE COMPANY
   and TICOR TITLE OF NEVADA, INC.

Dated: July 19, 2021                         WRIGHT FINLAY & ZAK, LLP

By:  /s/-Christina v. Miller
   CHRISTINA V. MILLER
   Attorneys for Plaintiff
   U.S. BANK, NATIONAL ASSOCIATION

### Order

**IT IS SO ORDERED**

**DATED:** 5:39 pm, July 21, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

