1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6

7  Kevin S. Sinclair, NV Bar No. 12277
     *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10

11 Attorneys for Defendants
   CHICAGO TITLE INSURANCE COMPANY and TICOR
   TITLE OF NEVADA, INC.
12
   DESIGNATED LOCAL COUNSEL FOR SERVICE OF
13 PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

14 Gary L. Compton, State Bar No. 1652
   2950 E. Flamingo Road, Suite L
15 Las Vegas, Nevada 89121

16 **UNITED STATES DISTRICT COURT**

17 **DISTRICT OF NEVADA**

18 US BANK, NATIONAL ASSOCIATION,            Case No.: 2:21-CV-01186-APG-BNW

19           Plaintiff,                       **STIPULATION AND ORDER TO
                                              EXTEND TIME TO RESPOND TO**
20           vs.                              **COMPLAINT (ECF No. 1)**

21 FIDELITY NATIONAL TITLE GROUP,            **SECOND REQUEST**
   INC. et al.,
22
             Defendants.
23

24       COMES NOW defendants Chicago Title Insurance Company ("Chicago Title") and Ticor

25 Title of Nevada, Inc. ("Ticor Agency") (collectively "Defendants") and plaintiff U.S. Bank,

26 National Association ("U.S. Bank"), by and through their respective attorneys of record, which

27 hereby agree and stipulate as follows:

28



1

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

1.      On June 21, 2021 U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2.      On June 22, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3.      Defendants' responses to U.S. Bank's complaint are currently due on August 23, 2021 (ECF No. 15);

4.      Counsel for Defendants request a 30-day extension for for Defendants to file their respective responses to U.S. Bank's complaint, to afford Defendants' counsel additional time to review and respond to U.S. Bank's complaint.

5.      Counsel for U.S. Bank does not oppose the requested extension;

6.      This is the second request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7.      This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint is hereby extended through and including Wednesday, September 22, 2021.

Dated:  August 20, 2021           SINCLAIR BRAUN LLP

By:   */s/-Kevin S. Sinclair*
      KEVIN S. SINCLAIR
      Attorneys for Defendants
      CHICAGO TITLE INSURANCE COMPANY
      and TICOR TITLE OF NEVADA, INC.

Dated:  August 20, 2021           WRIGHT FINLAY & ZAK, LLP

By:   */s/-Christina v. Miller*
      CHRISTINA V. MILLER
      Attorneys for Plaintiff
      U.S. BANK, NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

    DATED: August 23, 2021.

_____
    BRENDA WEKSLER
    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

