WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-4, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-4*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-4, ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-4,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-01186-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO CHICAGO TITLE INSURANCE COMPANY'S MOTION TO DISMISS [ECF No. 21]**<br><br>**[First Request]** |

Plaintiff, U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-4, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-4 ("U.S. Bank Trustee") and Defendant Chicago Title Insurance Company ("Chicago Title"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On June 21, 2021, U.S. Bank Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-21-836669 -C [ECF No. 1-1];
2. On June 22, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];
3. On August 30, 2021, Chicago Title filed a Motion to Dismiss [ECF No. 21];

4. U.S. Bank Trustee's deadline to respond to Chicago Title's Motion to Dismiss is currently September 13, 2021;

5. U.S. Bank Trustee's counsel is requesting an extension until Wednesday, October 13, 2021, to file its response to the pending Motion to Dismiss;

6. This extension is requested to allow counsel for U.S. Bank Trustee additional time to review and respond to the points and authorities cited to in the pending Motion;

7. Counsel for Chicago Title does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 13th day of September, 2021.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-4, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-4*

DATED this 13th day of September, 2021.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorney for Defendant Chicago Title Insurance Company*

**IT IS SO ORDERED.**

Dated this 14th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE