1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, NV Bar No. 12277
7    *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendant
11 CHICAGO TITLE INSURANCE COMPANY

12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
   Gary L. Compton, State Bar No. 1652
14 2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-CV-01186-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS AND OPPOSE COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF Nos. 31, 32)**<br><br>**FIRST REQUEST** |

    COMES NOW defendant Chicago Title Insurance Company ("Chicago Title") and plaintiff U.S. Bank, National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

    1.    On June 21, 2021 U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;



1
**STIPULATION AND ORDER TO EXTEND TIME TO REPLY AND OPPOSE**

2. On June 22, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On August 30, 2021, Chicago Title filed its motion to dismiss U.S. Bank's complaint (ECF No. 21);

4. On October 13, 2021, U.S. Bank filed its opposition to Chicago Title's motion to dismiss (ECF No. 31) and filed a countermotion for partial summary judgment (ECF No. 32);

5. Counsel for Chicago Title request a 30-day extension of time for Chicago Title to file its opposition to U.S. Bank's countermotion for partial summary judgment and a 44-day extension of Chicago Title's deadline to reply in support of its motion to dismiss, such that both shall be due on Friday, December 3, 2021, to afford Chicago Title's counsel additional time to review and respond to the arguments in U.S. Bank's opposition and countermotion.

6. Counsel for U.S. Bank does not oppose the requested extension;

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//



7. This is the first request for an extension made by counsel for Chicago Title, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Chicago Title's deadlines to reply in support of its motion to dismiss and oppose U.S. Bank's countermotion for partial summary judgment are hereby extended through and including Friday, December 3, 2021.

Dated: October 14, 2021	SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY
and TICOR TITLE OF NEVADA, INC.

Dated: October 14, 2021	WRIGHT FINLAY & ZAK, LLP

By: _/s/-Lindsay D. Dragon_
LINDSAY D. DRAGON
Attorneys for Plaintiff
U.S. BANK, NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this  22nd  day of  October , 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE



3
**STIPULATION AND ORDER TO EXTEND TIME TO REPLY AND OPPOSE**