Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-CV-01186-APG-BNW-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF Nos. 31, 32)**<br><br>**SECOND REQUEST** |

COMES NOW defendant Chicago Title Insurance Company ("Chicago Title") and plaintiff U.S. Bank, National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1.  On June 21, 2021 U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;



2. On June 22, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On August 30, 2021, Chicago Title filed its motion to dismiss U.S. Bank's complaint (ECF No. 21);

4. On October 13, 2021, U.S. Bank filed its opposition to Chicago Title's motion to dismiss (ECF No. 31) and filed a countermotion for partial summary judgment (ECF No. 32);

5. On October 22, 2021, the Court granted the parties' first stipulation extending the time for Chicago Title to reply in support of its motion to dismiss and to oppose the countermotion for partial summary judgment through and including December 3, 2021 (ECF No. 38);

6. Counsel for Chicago Title request a seven-day extension of time for Chicago Title to file its opposition to U.S. Bank's countermotion for partial summary judgment and to reply in support of its motion to dismiss, such that both shall be due on Friday, December 10, 2021, to afford Chicago Title's counsel additional time to review and respond to the arguments in U.S. Bank's opposition and countermotion.

7. Counsel for U.S. Bank does not oppose the requested extension;

//
//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

8. This is the second request for an extension made by counsel for Chicago Title, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Chicago Title's deadlines to reply in support of its motion to dismiss and oppose U.S. Bank's countermotion for partial summary judgment are hereby extended through and including Friday, December 10, 2021.

Dated: November 30, 2021   SINCLAIR BRAUN LLP

By: */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY

Dated: November 30, 2021   WRIGHT FINLAY & ZAK, LLP

By: */s/-Lindsay D. Dragon*
LINDSAY D. DRAGON
Attorneys for Plaintiff
U.S. BANK, NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this __1st__ day of __December__, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE



3
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**