WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-4, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-4*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-4, ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-4,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01186-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO CHICAGO TITLE INSURANCE COMPANY'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 51]**<br><br>**[First Request]** |

Plaintiff, U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-4, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-4 ("U.S. Bank") and Defendant Chicago Title Insurance Company ("Chicago Title"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On June 21, 2021, U.S. Bank Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-21-836669 -C [ECF No. 1-1];
2. On June 22, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];
3. On August 30, 2021, Chicago Title filed a Motion to Dismiss [ECF No. 21];

4. On October 13, 2021, U.S. Bank filed an Opposition to Chicago Title's Motion to Dismiss [ECF No. 31] and a Countermotion for Partial Summary Judgment [ECF No. 32];

5. On January 7, 2022, Chicago Title filed its Reply in Support of its Motion to Dismiss [ECF No. 49] and an Opposition to U.S. Bank's Countermotion for Partial Summary Judgment [ECF No. 51] ("Opposition").

6. U.S. Bank's deadline to respond to Chicago Title's Opposition is January 20, 2022.

7. U.S. Bank's counsel is requesting a brief two-week extension until February 4, 2022, to file its response to the pending Opposition;

8. This extension is requested to allow counsel for U.S. Bank additional time to review and respond to the points and authorities cited to in the pending Opposition;

9. Counsel for Chicago Title does not oppose the requested extension;

10. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 21st day of January, 2022.                DATED this 21st day of January, 2022.

WRIGHT, FINLAY & ZAK, LLP                            SINCLAIR BRAUN LLP

*/s/ Lindsay D. Dragon*                              */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.                              Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                                 Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                       16501 Ventura Boulevard, Suite 400
Las Vegas, NV 89117                                  Encino, California 91436
*Attorneys for Plaintiff, U.S. Bank National         Attorney for Defendants Fidelity National
Association, as Trustee for Adjustable Rate          Title Group, Inc., Chicago Title Insurance
Mortgage Trust 2005-4, Adjustable Rate               Company, and Ticor Title of Nevada, Inc.*
Mortgage-Backed Pass-Through Certificates,
Series 2005-4*

**IT IS SO ORDERED.**

Dated this __24th__ day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE