WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-4, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-4*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE MORTGAGE TRUST 2005-4, ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-4,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01186-APG-BNW<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING MOTION FOR REMAND [ECF No. 7]** |

Plaintiff U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-4, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-4 ("U.S. Bank") and Defendants Fidelity National Title Group, Inc., Chicago Title Insurance Company, and Ticor Title of Nevada, Inc., (collectively, "Defendants," and with U.S. Bank, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on June 21, 2021, U.S. Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-836669-C [ECF No. 1-1];

**WHEREAS**, on June 22, 2021, Chicago Title Insurance Company filed a Petition for Removal to this Court [ECF No. 1];

**WHEREAS**, on July 7, 2021, U.S. Bank filed a Motion for Remand [ECF No. 7];

**WHEREAS**, the Motion for Remand has been fully briefed and is pending the Court's decision [ECF Nos. 17, 20];

**WHEREAS**, on October 19, 2021, this Court entered its Scheduling Order [ECF No. 36].

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. In the interests of judicial economy, the Parties stipulate and agree that discovery in this case shall be **STAYED** pending the Court's decision on U.S. Bank's Motion for Remand [ECF No. 7];

2. The Scheduling Order [ECF No. 36] in this case is hereby **VACATED**.

3. The Parties shall not file any motions to enforce Party discovery while this stay is pending.

4. Each of the Parties shall be excused from responding to any now-outstanding discovery requests propounded by the other until after the stay is lifted.

5. Nothing contained in this stipulation will prevent the Parties from propounding and enforcing third party subpoenas.

6. Nothing contained in this stipulation will not affect any pending dispositive motions or prevent the Parties from filing any dispositive motions.

7. Each of the Parties may request a further Fed R. Civ. P. 26(f) conference at any time 180 days after the order granting this Stipulation.

8. By entering into this Stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.

/ / /

/ / /

/ / /

/ / /

9.   In the event the Motion for Remand is denied and this Court retains jurisdiction, the Parties will submit a proposed discovery plan within thirty (30) days of the Court's Order.

**IT IS SO STIPULATED.**

DATED this 24th day of February, 2022.        DATED this 24th day of February, 2022.

WRIGHT, FINLAY & ZAK, LLP                    EARLY SULLIVAN WRIGHT
                                              GIZER & McRAE LLP

*/s/ Lindsay D. Dragon*                       */s/ Sophia S. Lau*
Lindsay D. Dragon, Esq.                       Sophia S. Lau, Esq.
Nevada Bar No. 13474                          Nevada Bar No. 13365
7785 W. Sahara Ave., Suite 200                8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89117                           Las Vegas, Nevada 89148
*Attorneys for Plaintiff, U.S. Bank National*  *Attorney for Defendants Fidelity National*
*Association, as Trustee for Adjustable Rate*  *Title Group, Inc., Chicago Title Insurance*
*Mortgage Trust 2005-4, Adjustable Rate*      *Company, and Ticor Title of Nevada, Inc.*
*Mortgage-Backed Pass-Through Certificates,*
*Series 2005-4*

**IT IS SO ORDERED.**

Dated this __25th__ day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE